1  GENE J. STONEBARGER (Cal. State Bar No. 209461)
   RICHARD D. LAMBERT (Cal. State Bar No. 251148)
2  ELAINE W. YAN (Cal. State Bar No. 277961)
   STONEBARGER LAW
3  A Professional Corporation
   75 Iron Point Circle, Suite 145
4  Folsom, California  95630
   Telephone:  (916) 235-7140
5  Facsimile:  (916) 235-7141
   gstonebarger@stonebargerlaw.com
6  rlambert@stonebargerlaw.com
   eyan@stonebargerlaw.com
7
8  Attorneys for Plaintiff Christopher Browning

9  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
10 PETER A. COOPER (Cal. State Bar No. 275300)
   PAUL HASTINGS LLP
11 55 Second Street, 24th Floor
   San Francisco, California  94105
12 Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
13 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
14 petercooper@paulhastings.com

15 Attorneys for Defendant
   Target Corporation

16

17                        UNITED STATES DISTRICT COURT

18                        EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  CHRISTOPHER BROWNING, individually, on behalf of himself and all others similarly situated,<br>21<br>22         Plaintiffs,<br>23      vs.<br>24  TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 50, inclusive,<br>25         Defendants. | No. 2:12-CV-00935-JAM-GGH<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1 | On the stipulation of the parties, and good cause appearing therefor,

1. Plaintiff Christopher Browning's claims on behalf of himself individually are DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

2. Plaintiff's claims on behalf of the class he proposed in this action are DISMISSED WITHOUT PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

Dated: May 2, 2012.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com