1 | GENE J. STONEBARGER (Cal. State Bar No. 209461)
RICHARD D. LAMBERT (Cal. State Bar No. 251148)
2 | ELAINE W. YAN (Cal. State Bar No. 277961)
STONEBARGER LAW
3 | A Professional Corporation
75 Iron Point Circle, Suite 145
4 | Folsom, California  95630
Telephone:  (916) 235-7140
5 | Facsimile:  (916) 235-7141
gstonebarger@stonebargerlaw.com
6 | rlambert@stonebargerlaw.com
eyan@stonebargerlaw.com
7 |
Attorneys for Plaintiff Christopher Browning
8 |

9 | JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
10 | PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
11 | 55 Second Street, 24th Floor
San Francisco, California  94105
12 | Telephone: (415) 856-7000
Facsimile:  (415) 856-7100
13 | jeffwohl@paulhastings.com
rishisharma@paulhastings.com
14 | petercooper@paulhastings.com

15 | Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWNING, individually, on behalf of himself and all others similarly situated, | No. 2:12-CV-00935-JAM-GGH |
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| vs. | |
| TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

On the stipulation of the parties, and good cause appearing therefor,

1. Plaintiff Christopher Browning's claims on behalf of himself individually are DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

2. Plaintiff's claims on behalf of the class he proposed in this action are DISMISSED WITHOUT PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

Dated: May 2, 2012.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com